1 So.3d 347 (2009)
Eddie Donald DAVIS, Appellant,
v.
STATE of Florida, Appellee.
No. 5D08-1624.
District Court of Appeal of Florida, Fifth District.
January 27, 2009.
James S. Purdy, Public Defender, and Kevin R. Holtz, Assistant Public Defender, Daytona Beach, for Appellant.
Bill McCollum, Attorney General, Tallahassee, and Jeffrey R. Casey, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. Russell v. State, 982 So.2d 642 (Fla.), cert. denied ___ U.S. ___, 129 S.Ct. 272, 172 L.Ed.2d 201 (2008).
PALMER, C.J., TORPY and EVANDER, JJ., concur.